# UNITED STATES of America, Plaintiff–Appellee,

v.

# Jean RAYMOND, Defendant–Appellant.

## No. 00–6887.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 30, 2000.

Decided Jan. 8, 2001.

Jean Raymond, pro se. Mary Gordon Baker, Assistant United States Attorney, Columbia, SC, for appellee.

Before WILKINS, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

PER CURIAM.

Jean Raymond seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Raymond's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Raymond,* Nos. CR–95–155; CA–99–2376–9 (D.S.C. June 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*